KRISTINE PINCHBECK *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF GUILFORD ET AL.

The petition for certification by the defendants Linda Friedlaender and Gary Friedlaender for appeal from the Appellate Court, 69 Conn. App. 796 (AC 21015), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Marjorie Shansky,* in support of the petition.

*Thomas E. Crosby*, in opposition.

Decided September 19, 2002